UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

# AMENDED COMPLAINT

**CIVIL RIGHTS COMPLAINT FORM FOR PRO SE, PRISONER LITIGANTS IN ACTIONS UNDER 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983**

Walter Hernandez, Sr.

Inmate ID Number: 47996-001

____________________,

*(Write the full name and inmate ID number of the Plaintiff.)*

**Case No.:** 5:21-cv-190-TKW/MJF
*(To be filled in by the Clerk's Office)*

**v.**

Officer R. Horton,

Officer D. Loffton,

Captain J.R. Snyder,

*(Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

____________________/

**Jury Trial Requested?**
**☐ YES ☑ NO**



FILED USDC FLND PN
OCT 28 '21 PM1:44

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff

Plaintiff's Name: Walter Hernandez, SrID Number: 47996-001

List all other names by which you have been known: ________________

________________________________________

Current Institution: FCI Marianna

Address: P.O. Box 7007, Marianna, Florida 32447-7007

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *every* Defendant:

1. Defendant's Name: Officer R. Horton

   Official Position: Transport Officer

   Employed at: USP Yazoo City

   Mailing Address: P.O. Box 5666 Yazoo City, Mississippi 39194

☐ Sued in Individual Capacity ☑ Sued in Official Capacity

2. Defendant's Name: Officer D. Loftton

Official Position: Transport Officer

Employed at: USP Yazoo City

Mailing Address: P.O. Box 5666 Yazoo City, Mississippi 39194

☐ Sued in Individual Capacity ☑ Sued in Official Capacity

3. Defendant's Name: Captain J.R. Snyder

Official Position: Deputy Captain

Employed at: USP Yazoo City

Mailing Address: P.O. Box 5666 Yazoo City, Mississippi 39194

☐ Sued in Individual Capacity ☑ Sued in Official Capacity

*(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Are you bringing suit against (*check all that apply*):

☑ Federal Officials (*Bivens case*) ☐ State/Local Officials (*§ 1983 case*)

## III. PRISONER STATUS

Indicate whether you are a prisoner, detainee, or in another confined status:

☐ Pretrial Detainee ☐ Civilly Committed Detainee

☐ Convicted State Prisoner ☑ Convicted Federal Prisoner

☐ Immigration Detainee ☐ Other *(explain below)*:

________________________________________________

________________________________________________

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the ***facts*** which show why you are entitled to relief. Describe how ***each*** Defendant was involved and what each person did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal argument, quote cases, cite to statutes, or reference a memorandum.*** You may make copies of the following page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages

should be attached. ***Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.***

(See attached)

**Statement of Facts Continued** *(Page____of_____)*

STATEMENT OF THE PETITIONER:

"I have been in prison over 30 years and been in medical trip about 15 times. All times the officers who custody me they been very kindly hold me for everything to the time I be seat. However, in this time neithers of the two officer Herton and officer Loffton (sic?) help me for anything. Only what I heard was get in the van and get out of the van. First time van was parked near to the sidewalk and (it) was not too difficult...However, when finished in the hospital the van was parked on flat cement and I can reach the van step when inmate is shackled can only move his feet by 12 inches, and that was when I fell down landing on my right shoulder with my arm under my body and my right hand of course if the officers will help me to get in the van this injury would not have occurred. When they took me back to the U.S.P. Doctor Newland and the P.A. said I can remove my jumpsuit but they had to help me to take it off. Doctor Newland said I needed to take an X-ray. The X-ray showed that my arm was not broken, how--ever, in his opinion said that was like tendonitis. P.A. Gardner agreed with Doctor Newland, saying it would eventually heal, but it would take longer because of my age (78 years old). However, these two transportation officers told medical personnel that it was an accident first reported by Doctor Newland and P.A. Gardner..."

This injury occurred on the 6th day of November, 2018. See evidence attachments. It should be noted that during the entire length of time Petitioner spent in Yazoo City U.S.P. the institution never acted on Petitioner's complaint, nor did they send him to have an M.R.I. or any other type of treatment, paying him only lip-service to shut him up and get him out of their sight. As if the injury itself was not bad enough, and the behavior of the transportation officers clearly negligent and showing antipathy toward Petitioner, even the top physician of Yazoo City U.S.P. demonstrated a deplorable amount of deliberate indifference and incompetence where Petitioner's injuries and suffering were concerned.

In conclusion, I have been suffering for over 32 months with only 25% use of my right hand. I cannot even write with my right hand. I must take over 1,500+ mg of pain killer just to sleep at night. The total amount in the 32 months has been 1,440,000 mg! Destroying my kidneys and liver, and the Bureau of Prisons dare to say they have "investigated" my claim, and stoop so low as to say their 'investigation' did not indicate that I suffered an injury or loss caused by the negligence of a Bureau of Prisons employee. This is why parent offices of the Bureau cannot be expected to honestly and impartially judge their own appointments- Qui custodet ipsos custodes? And still I have yet to see an Orthopedic doctor, even after 32 months! (Please read all the evidence attachments)

Honorable of The Court, after 32 months waiting to be seen by an orthopedic physician and never receiving any opinion about the injury on my right hand, which has lost 75% of mobility and is just cause for injury settlement, I believe I deserve to be compensated for my loss and suffering. Your attention to this matter is most sincerely appreciated.

I, Walter Hernandez, Sr. do testify that all of these statements are factual and truthful to the best of my knowledge, and hereby submit for your consideration,

Walter Hernandez, Sr.
#47996-004
FCI Marianna
P.O. Box 7007
Marianna, FL
32447-7007

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section IV. If more than one Defendant is named, indicate which claim is presented against which Defendant.

As an inmate in the custody of officers Horton and Loftton, I was injured due to their conduct, which presented a substantial risk to my safety. (US Court of Appeals, 8th Cir. 583 F.3d 522)/(426 F. Supp. 3d 911)(D)/(42 U.S.C.S. § 1983).

## VI. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought and explain the basis for the claims.

Money Damages - seeking $2 Millions in damages due to 75% loss of mobility of my right arm and hand; also, pain + suffering for extended period of time following incident.

**ATTENTION:** ***The Prison Litigation Reform Act ("PLRA") does not permit awards for punitive or compensatory damages "for mental or emotional injury suffered while in custody without a prior showing of physical injury or the commission of a sexual act . . . ." 42 U.S.C. § 1997e(e).***

## VII. EXHAUSTION OF ADMINISTRATIVE REMEDIES

The PLRA requires that prisoners exhaust all available administrative remedies *(grievance procedures)* before bringing a case. 42 U.S.C. § 1997e(a). **ATTENTION:** ***If you did not exhaust available remedies prior to filing this case, this case may be dismissed.***

## VIII. PRIOR LITIGATION

**ATTENTION:** ***The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).***

A. To the best of your knowledge, have you had any case dismissed for a reason listed in § 1915(g) which counts as a "strike"?

☐ YES ☑ NO

If you answered yes, identify the case number, date of dismissal and court:

1. Date:________________ Case #: ____________________________

Court: ________________________________________________

2. Date:________________ Case #: ____________________________

Court: ________________________________________________

3. Date:________________ Case #: ____________________________

Court: ________________________________________________

*(If necessary, list additional cases on an attached page)*

B. Have you filed other lawsuits in either ***state or federal court*** dealing with the same facts or issue involved in this case?

☐ YES ☑ NO

If you answered yes, identify the case number, parties, date filed, result *(if not still pending)*, name of judge, and court for each case *(if more than one)*:

1. Case #:_______________ Parties: ____________________________

Court:__________________Judge: _______________________

Date Filed:_________Dismissal Date *(if not pending)*: __________

Reason: _____________________________________________

2. Case #:______________Parties: ___________________________

Court:__________________Judge: _______________________

Date Filed:_________Dismissal Date *(if not pending)*: __________

Reason: _____________________________________________

C. Have you filed any other lawsuit in federal court either challenging your conviction or otherwise relating to the conditions of your confinement?

☐ YES ☑ NO

If you answered yes, identify all lawsuits:

1. Case #:______________Parties: ___________________________

Court:__________________Judge: _______________________

Date Filed:_________Dismissal Date *(if not pending)*: __________

Reason: _____________________________________________

2. Case #:______________Parties: ___________________________

Court:__________________Judge: _______________________

Date Filed:_________Dismissal Date *(if not pending)*: __________

Reason: _____________________________________________

3. Case #:______________Parties: ___________________________

Court:________________Judge: ____________________

Date Filed:________Dismissal Date *(if not pending)*: _________

Reason: ________________________________________

4. Case #:____________Parties: ________________________

Court:________________Judge: ____________________

Date Filed:________Dismissal Date *(if not pending)*: _________

Reason: ________________________________________

5. Case #:____________Parties: ________________________

Court:________________Judge: ____________________

Date Filed:________Dismissal Date *(if not pending)*: _________

Reason: ________________________________________

6. Case #:____________Parties: ________________________

Court:________________Judge: ____________________

Date Filed:________Dismissal Date *(if not pending)*: _________

Reason: ________________________________________

*(Attach additional pages as necessary to list all cases.* ***Failure to disclose all prior cases may result in the dismissal of this case.)***

## IX. CERTIFICATION

I declare under penalty of perjury that the foregoing (including all continuation pages) is true and correct. Additionally, as required by Federal

Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 10/19/21 Plaintiff's Signature: [signature]

Printed Name of Plaintiff: Walter Hernandez, Sr.

Correctional Institution: FCI Marianna

Address: P.O. Box 7007 Marianna, Florida 32447-7007

**I certify and declare, under penalty of perjury, that this complaint was (*check one*) ☑ delivered to prison officials for mailing or ☐ deposited in**

**the prison's mail system for mailing on the 25th day of October, 20 21.**

Signature of Incarcerated Plaintiff: ______________________

R/O Walter [illegible] Sr
47996-004
Federal Correctional Institution
P.O. Box 7007
Marianna Florida
32447-7007

Legal Mail




United States District Court
Northern District of Florida
Office of the Clerk
Clerk of Court
1 N. Palafox Street
Pensacola, Florida 32502-5658

RECEIVED AUG 28

RECEIVED
OCT 26 2021

FEDERAL CORRECTIONAL INST.
3625 FCI ROAD, MARIANNA, FL 32446

DATE

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS BEEN NEITHER OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSED CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.