UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WALTER HERNANDEZ, SR.,
    Plaintiff,

vs.                                               Case No.: 5:21cv190/TKW/MJF

UNITED STATES OF AMERICA, et al.,
    Defendant.
_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 19). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that the claims against the United States of America are barred by sovereign immunity and that the claims against the individual defendants should be dismissed for abuse of the judicial process because Plaintiff did not fully disclose his litigation history. Accordingly, it is **ORDERED** that:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    The claims against the United States of America are DISMISSED with prejudice for failure to state a claim upon which relief can be granted.

3. The claims against the individual defendants are DISMISSED without prejudice under 28 U.S.C. §1915A(b)(1) for abuse of the judicial process.

4. The Clerk shall close the case file.

**DONE and ORDERED** this 21st day of March, 2022.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**